UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-23137-CIV-HUCK/WHITE
(07-20489-CR-HUCK)

JANOY B. SILVA,

    Plaintiff,
v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING REPORT FOLLOWING ATTORNEY'S FEE HEARING

THIS MATTER is before the Court on the reasonableness of the CJA voucher of Plaintiff's former attorney, Ruben Garcia. On September 2, 2010, Magistrate Judge Patrick White entered a Report Following Attorney's Fee Hearing (Doc. #28) finding that Attorney Garcia's CJA voucher was justified and reasonable. Judge White recommended that Attorney Garcia be awarded fees and costs in the amount of $4,444.85. Neither party has filed any objections to the Report. The Court has independently reviewed the Report and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report. Accordingly, it is hereby

ORDERED that Judge White's Report Following Attorney's Fee Hearing (Doc. #28) is ADOPTED. CJA Counsel Ruben Garcia is awarded fees in the amount of $4,444,85.

DONE and ORDERED in Chambers, Miami, Florida, September 30, 2010.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge Patrick A. White
All Counsel of Record